IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff in Interpleader,<br><br>v.<br><br>MARC JOHNSON,<br><br>   Defendant in Interpleader,<br><br>XPO Logistics,<br>aka GXO,<br><br>   Defendant in Interpleader, | Civil Case No. 23-2709-tmp |

**ORDER GRANTING GOVERNMENT'S
REQUEST FOR INTERPLEADER RELIEF**

Before the Court is the Government's Complaint against claimant Marc Johnson and claimant XPO Logistics aka GXO, in which the Government requests interpleader relief.

Defendants Marc Johnson and XPO Logistics aka GXO both make assertions of innocent ownership to the following property: *Three Hundred Sixty-Eight Thousand Eight Hundred Sixteen Dollars ($368,816.00) in United States Currency, more particularly described as follows:*

   a. *Sixty-Four Thousand Three Hundred Sixteen Dollars ($64,316.00) in United States Currency seized on December 20, 2018; and,*

   b. *Three Hundred Four Thousand Five Hundred Dollars ($304,500.00) in United States Currency seized on December 21, 2018.*

Based upon the competing claims of ownership, the Government believes it may be exposed to multiple liability if it were to return the currency to either party.

Therefore, the Government is discharged from all liability with respect to the above currency seized in the instant case. The Court directs the potential claimants to interplead and settle among themselves their right to the subject currency.

Accordingly, the Court **GRANTS** the Government's request for interpleader relief and **ORDERS** that the potential claimants interplead to settle their claims.

**IT IS SO ORDERED**, this 12th day of January, 2024.

                                            s/Tu M. Pham
                                            TU M. PHAM
                                            Chief United States Magistrate Judge

APPROVED:

KEVIN G. RITZ
United States Attorney


By:    */s/ Reid Manning*
       REID MANNING
       Assistant United States Attorney