# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff in Interpleader, | ) ) ) | |
| v. | ) ) | No. 23-cv-02709-TMP |
| **MARC JOHNSON** and **XPO LOGISTICS,** | ) ) ) | |
| Defendants in Interpleader. | ) | |

## ORDER MODIFYING DESIGNATION OF JUDICIAL MEDIATOR

The parties are hereby notified that the judicial mediation of this case will be conducted by Magistrate Judge Charmiane G. Claxton, instead of Magistrate Judge Annie Christoff. The parties are directed to contact Judge Claxton before the discovery deadline to schedule mediation in accordance with her calendar.

IT IS SO ORDERED.

s/Tu M. Pham<br>
TU M. PHAM<br>
Chief United States Magistrate Judge<br>
<br>
February 9, 2024<br>
Date