IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff in Interpleader, | ) | |
| | ) | |
| v. | ) | No. 23-cv-02709-TMP |
| | ) | |
| MARC JOHNSON, and | ) | |
| XPO LOGISTICS, | ) | |
| | ) | |
| Defendants in Interpleader. | ) | |

**ORDER AUTHORIZING THE CLERK OF COURT TO ACCEPT CURRENCY IN INTERPLEADER RELIEF**

Before the court is the United States of America's Motion to Authorize the Clerk of Court to Accept Currency in Interpleader Relief.[1] (ECF No. 23.) Based on the motion, the undersigned GRANTS the motion, and the Clerk of Court is hereby authorized to accept the subject currency, $368,816.00 in United States Currency, including all interest earned in the calculations provided by the United States Marshal's Service as follows:

a.   Principal amount of $64,316.00 plus interest in the amount of $5,600.59 as of the date of deposit, April 12, 2019, totaling $69,916.59 in United States Currency; and

---

[1]The parties consented to having the undersigned conduct all proceedings in this case including the trial, the entry of final judgment, and all post-trial proceedings. (ECF No. 11.)

b.   Principal amount of $304,500.00 plus interest in the amount of $26,515.56 as of the date of deposit, April 12, 2019, totaling $331,015.56 in United States Currency;

and to hold the subject currency including interest earned totaling $400,932.15 in United States Currency until the court directs how the Currency should be distributed.

IT IS SO ORDERED.

```
                              s/Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              February 20, 2024
                              Date
```